HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950
victor.chavez@fd.org

Attorney for Defendant
AURELIO BARAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-00026 AWI-BAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION RESETTING MOTIONS** |
| vs. | ) | **SCHEDULE; ORDER THEREON** |
| | ) | |
| AURELIO BARAJAS, | ) | |
| | ) | Date: December 16, 2013 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

The parties through their respective counsel jointly agree and stipulate as follows:

1. The hearing date of October 21, 2013 is vacated.

2. Defendant will file motion to suppress evidence by October 31, 2013;

3. The date for filing the Government reply shall be December 10, 2013;

4. The hearing on motions shall be on December 16, 2013 at 10:00 a.m.

Defendant has proposed this stipulation because additional time is needed to prepare his motion to suppress evidence.

/ / /

/ / /

/ / /

/ / /

/ / /

1     The parties agree that the delay resulting from the continuance shall be excluded in the

2     interests of justice, including but not limited to, the need for the period of time set forth herein

3     for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

4

5     Dated: October 17, 2013

6                                                 BENJAMIN B. WAGNER
                                                  United States Attorney

7                                                 /s/ Kimberly A. Sanchez

8                                                 KIMBERLY A. SANCHEZ
                                                  Assistant United States Attorney

9                                                 Attorney for Plaintiff

10    Dated: October 17, 2013

11                                                HEATHER E. WILLIAMS
                                                  Federal Defender

12

13                                                /s/ Victor M. Chavez

14                                                VICTOR M. CHAVEZ
                                                  Assistant Federal Defender

15                                                Attorney for Defendant
                                                  AURELIO BARAJAS

16

17    IT IS SO ORDERED.

18    Dated:  October 18, 2013       _____

19                                                SENIOR  DISTRICT  JUDGE

20

21

22

23

24

25

26

27

28